# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PUMP IT UP HOLDINGS, LLC and FB HOLDINGS, LLC,**

        **Plaintiffs,**

**v.**                                              **Case No:   6:19-cv-1252-Orl-31DCI**

**ROBERT ANDERSON, RJA, LLC, BARBARA CATALANO, NANCY CATALANO, FUN ENTERPRISES INC., ANTHONY C. CATALANO and ANTHONY M. CATALANO,**

        **Defendants.**

---

# ORDER

This cause comes before the Court on Plaintiffs' Motion for Sanctions Against Defendants Nancy Catalano, Barbara Catalano, Anthony C. Catalano, Anthony M. Catalano, and Fun Enterprises, Inc. (collectively, "Catalano Defendants") or, in the Alternative, Motion to Extend the Discovery Deadline.   Doc. 83 ("the Motion for Sanctions").

On October 14, 2020, the United States Magistrate Judge issued a report (Doc. 101) recommending that the motion be granted. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    The Plaintiffs' Motion for Sanctions (Doc. 83) is **GRANTED**.

3.    The Catalano Defendants' pleadings filed at Docs. 70 and 71 are **STRICKEN** pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(iii).

4.      Default judgment in favor of Plaintiffs and against the Catalano Defendants

pursuant to Federal Rule of Civil Procedure 37(b)(2)(a)(vi) will be awarded.   In

addition, attorneys' fees and costs will be awarded.   Plaintiffs shall quantify their

damages, fees, and costs and file a motion for such sums, with supporting

documentation attached, by November 13, 2020.   The Catalano Defendants will

have 14 days to object to the amounts of damages, fees, and costs requested.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 29, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party